# United States Court of Appeals for the Sixth Circuit

———

United States of America,
       *Plaintiff-Appellee,*

v.     No. 17-3468

Mark Anthony Brown,
       *Defendant-Appellant.*

———

Plaintiff-Appellee's Second Motion to Extend Briefing Schedule

———

    Plaintiff-Appellee United States of America moves the Court to extend the briefing schedule in this case by two weeks. An additional two weeks is needed to finalize the appellee's brief. Counsel has been out of the office all week in connection with work on another matter. Defendant-Appellant was found guilty by a jury and sentenced to 18-months imprisonment. This is the second, and final, request for an extension of time by the United States.

For these reasons, the United States asks the Court to grant this motion and extend the due date for the appellee's brief by fourteen days.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney


s/ Jonathan J.C. Grey
JONATHAN J.C. GREY
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
jonathan.grey@usdoj.gov

## Certificate of Service

I certify that this Appellee's Second Motion for Extension was filed with the Court's CM/ECF system this 20th day of October, 2017, which provides electronic service to all parties.

s/ Jonathan J.C. Grey
JONATHAN J.C. GREY
Assistant United States Attorney
